APPEAL No. 74-254. TOWN OF FOSTER *v.* PRESCOTT H. LAMPHERE. Motion of defendant for extension of time to file his brief is granted. He shall file his brief by June 15, 1975. No

further extensions of time shall be granted to the defendant, and, if he fails to comply with this mandate, his appeal shall be dismissed. *Leo T. Connors,* Town Solicitor, for plaintiff. *Quentin J. Geary,* for defendant.